# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSE L. BEARD<br>310 German Street Road<br>Erie, PA 16507,<br><br>    Plaintiff,<br><br>  vs.<br><br>HCF OF FAIRVIEW, INC. d/b/a FAIRVIEW MANOR<br>1100 Shawnee Road<br>Lima, OH 45805,<br><br>    Defendant. | CASE NO.:<br><br>JUDGE:<br><br><br><br>**NOTICE OF REMOVAL OF<br>CIVIL ACTION** |

To:    UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA

Defendant, HCF of Fairview, Inc. d/b/a Fairview Manor, ("Defendant"), by and through the undersigned counsel, hereby gives notice of the removal of this civil action from the Common Pleas Court, Erie County Pennsylvania, Civil Division, to the United States District Court for the Western District of Pennsylvania, and respectfully submits to this Honorable Court:

1. The Plaintiff Rose L. Beard commenced an action against the above-named Defendant, entitled *Rose L. Beard v. HCF of Fairview, Inc. d/b/a Fairview Manor*, which is now pending in the Court of Common Pleas, Erie County, Pennsylvania, and bears the case No. 10207-16.

2. Plaintiff filed the complaint in the above-referenced action on October 27, 2023, which was served upon Defendant through counsel via electronic mail that same date. Copies of the Complaint and Summons are attached hereto as "Exhibit A." The January 28, 2016 Praecipe for Writ of Summons; January 29, 2016 Writ of Summons; and other filed documents and orders are attached hereto as "Exhibit B".

3. Exhibits A and B comprise all process, pleadings, and orders served upon Defendant in this case.

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446, as it was filed within 30 days of the receipt of the Complaint by Defendant. See, e.g., Murphy Bros. v. Michetti Pipe Stringing, 526 U.S. 344 (1999); Sikirica v. Nationwide Ins. Co., 416 F.3d 214 (3rd Cir. 2005).

5. This is a civil action wherein the Plaintiff seeks to recover damages arising from the alleged discriminatory termination of her employment.

6. Plaintiff alleges that Defendant terminated her employment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. and in violation of Section 1981 of the Civil Rights Act of 1866, 42 U.S.C. §1981. More specifically, Plaintiff alleges that Defendant discharged her because of her race in violation of federal law. (See Complaint at ¶¶ 21-25 and 26-31.) Thus, this claim is governed by federal law and this Court has original jurisdiction over this claim without regard to the amount in controversy of the citizenship of the parties pursuant to 28 U.S.C. §1331. See, e.g., Franchise Tax Board of California v. Construction Laborer's Vacation Trust for Southern California, 463 U.S. 1, 23 (1983); DeCoe v. General Motors Corp., 32 F.3d 212, 216 (6th Cir. 1994).

7. Accordingly, this case is removable because Plaintiff's allegations present substantial questions of federal law as set forth above, over which this Court has original jurisdiction. Therefore, this action is subject to removal under 28 U.S.C. §§1331, 1441, and 1446.

8. This case is also removable because there is complete diversity among the parties. See 28 U.S.C. §1332. Plaintiff is a citizen of Pennsylvania. (See Complaint at ¶1.) Defendant is an Ohio corporation and a citizen of Ohio. (See Complaint at ¶2.) Hence, there is complete diversity

between Plaintiff and Defendant in this case, and this Court has subject matter jurisdiction under 28 U.S.C. § 1332. The amount in controversy in this case exceeds $75,000.00.

9. As required by 28 U.S.C. Section 1446(d), Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff, and has filed a copy of this Notice of Removal with the Clerk of Courts for the Erie County Court of Common Pleas. A copy of the *Notice of Filing Notice of Removal to United States District Court for the Western District of Pennsylvania* which was filed in the Erie County Court is attached hereto as "Exhibit C."

WHEREFORE, pursuant to 28 U.S.C. §§1331, 1332, 1441, and 1446, Defendant respectfully removes the above-captioned case from the Erie County Court of Common Pleas to this Court.

Respectfully submitted,

*s/ Robert C. Pivonka*
Robert C. Pivonka (OH0067311)
ROLF GOFFMAN MARTIN LANG CO., L.P.A.
31105 Bainbridge Road, Suite 4
Cleveland, OH 44139
(216) 682-2109
(216) 682-7263 (Fax)
pivonka@rolflaw.com

*Attorney for Defendant*
*HCF of Fairview, Inc. d/b/a Fairview Manor*

3

## **CERTIFICATE OF SERVICE**

This is to certify that on November 3, 2023, a copy of the foregoing *Notice of Removal of Civil Action* was sent via regular U.S. mail and electronic mail to:

Richard T. Ruth, Esq.
1026 West 26th Street
Erie, PA 16508
Telephone: 814-453-6606
Facsimile: 814-453-5047
rt@rtruth.net

*Attorney for Plaintiff*
*Rose L. Beard*

                                                                    *s/ Robert C. Pivonka*
                                                                    Robert C. Pivonka

4