IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSE L. BEARD<br>　　　　Plaintiff<br>vs.<br>HCF of Fairview, Inc d/b/a.<br>Fairview Manor<br>　　　　Defendant | )<br>)<br>)<br>) Civil Action No. 1:23-cv-000309-SPB<br>)<br>)<br>) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this matter. The parties further stipulate, in accordance with Rule 41(a)(1)(B), that the dismissal shall be with prejudice. The Clerk of Courts is respectfully requested to close this case.

Respectfully submitted,

By: _____
Richard T. Ruth
Pa. I.D. 23459
1026 West 26th Street
Erie, PA 16508
Phone: (814) 453-6606
*Attorney for Plaintiff,*
*Rose L. Beard*

Date: 2/20/2024

By: _____
/Robert C. Pivonka
Ohio. I.D. No. 0067311
31105 Bainbridge Road, Suite 4
Cleveland, OH 44139
Phone: (216) 514-1100
*Attorney for Defendant,*
*HCF of Fairview, Inc. d/b/a*
*Fairview Manor*

Date: 2/20/2024

SO ORDERED:

_____
Judge Susan Paradise Baxter
Date: February 22, 2024.